No. 84–5. GOLDSTEIN *v.* KELLEHER ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–11. STROOM *v.* CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–12. COLEMAN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 84–13. ROBERTSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–14. BOARD OF TRUSTEES OF THE ALLEN CHAPEL A. M. E. CHURCH ET AL. *v.* GROGANS ET AL. Ct. App. Ohio, Fairfield County. Certiorari denied.

No. 84–19. MCDONALD ET AL. *v.* BURROWS, SHERIFF OF WICHITA COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–20. DYKE, DBA WESTERN STATIONS CO., ET AL. *v.* GULF OIL CORP. Temp. Emerg. Ct. App. Certiorari denied.

No. 84–22. CIOLI *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 84–23. PETRALIA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 84–24. SIERRA, AKA MERLANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–26. KRAFT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 84–27. SIDNEY *v.* JAMES ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–29. NYSA–ILA VACATION AND HOLIDAY FUND ET AL. *v.* WATERFRONT COMMISSION OF NEW YORK HARBOR. C. A. 2d Cir. Certiorari denied.

No. 84–31. MELODY ET UX. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.